UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. K., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF HERCULES,<br><br>　　　　　Defendant. | Case No.  16-cv-01910-DMR<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

　　Due to Judge James' limited availability, this matter is referred to Magistrate Judge Jacqueline S. Corley for settlement.

　　The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Jacqueline S. Corley.

　　**IT IS SO ORDERED.**

Dated: July 7, 2016

_____
DONNA M. RYU
United States Magistrate Judge